D. M. BEAMS, Appellee, v. A. W. CRAWFORD, Appellant.

Appeal: ABANDONMENT: AFFIRMANCE.

*Appeal from Woodbury District Court.*—HON. G. W. WAKEFIELD, Judge.

MONDAY, OCTOBER 24, 1892.

ACTION to quiet title. There was a decree for the plaintiff, and the defendant appeals.—*Affirmed.*

*T. P. Murphy*, for appellant.

*Stason & Briggs*, for appellee.

GRANGER, J.—There is no argument for the appellant. It is an equity cause, and the appellee, being the plaintiff, has filed his argument. Without an argument by the appellant, we treat the appeal as abandoned. See *Scott v. Neises*, 61 Iowa, 62; *Devore v. Adams*, 68 Iowa, 385. The judgment below is AFFIRMED.